# United States District Court
# For The Western District of North Carolina
# Statesville Division

HELEN A. GREENE,

       Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                    5:10CV108

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant(s).


DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 19, 2011, Consent Order.

                                        Signed: July 19, 2011

                                        Frank G. Johns, Clerk
                                        United States District Court